```
William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
DARRYL ISOM
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DARRYL ISOM,<br><br>   Defendant. | No. 11-CR-0033 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MODIFY MOTION BRIEFING SCHEDULE** |

The defendant, DARRYL ISOM, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the motion hearing currently set for November 18, 2013 at 9:00 am be vacated and reset for January 6, 2014 at 9:00 am.

The parties further agree and request that the motion briefing schedule be modified as follows:

Motions to be filed:  December 2, 2013

Oppositions due:  December 23, 2013

Reply due:  December 30, 2013

Motion hearing: January 6, 2014

1

1     A continuance is necessary to provide counsel with
2 additional time for case preparation, investigation, research,
3 and preparation of pre-trial motions, as well as, ongoing plea
4 and sentencing negotiations.
5     The parties stipulate that the failure to grant a
6 continuance in this matter would deny counsel reasonable time
7 necessary for effective preparation, taking into account the
8 exercise of due diligence; that the ends of justice served by
9 granting this continuance outweigh the best interest of the
10 public and the defendant in a speedy trial; and that time should
11 be excluded from the computation of time within which trial must
12 commence under the Speedy Trial Act from October 29, 2013, up to
13 and including January 6, 2014, pursuant to 18 U.S.C. § 3161
14 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
15 counsel reasonable time to prepare, and pursuant to 18 U.S.C. §
16 3161(h)(1)(D) and Local Code E upon the filing of motions.
17     I, William E. Bonham, the filing party, have received
18 authorization from AUSA William Wong to sign and submit this
19 stipulation and proposed order on their behalf.

Dated: October 29, 2013     BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ WILLIAM BONHAM for
                                        WILLIAM WONG
                                        Assistant U.S. Attorney

Dated: October 29, 2013     By:/s/ WILLIAM BONHAM for
                                        WILLIAM BONHAM
                                        Counsel for defendant DARRYL ISOM

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. The motion hearing currently set for |
| 3 | Monday, November 18, 2013 at 9:00 am is vacated and reset for |
| 4 | Monday, January 6, 2014, at 9:00 a.m. It is further ordered that |
| 5 | the motion briefing schedule is modified as follows: |
| 6 | Motions to be filed: December 2, 2013 |
| 7 | Oppositions due: December 23, 2013 |
| 8 | Reply due: December 30, 2013 |
| 9 | Motion hearing: January 6, 2014 |
| 10 | Based on the stipulation of the parties, I find that the |
| 11 | failure to grant such a continuance would deny counsel reasonable |
| 12 | time necessary for effective preparation, taking into account the |
| 13 | exercise of due diligence. Accordingly, the time within which the |
| 14 | trial of this case must be commenced under the Speedy Trial Act |
| 15 | is excluded from the date of the parties' stipulation, October |
| 16 | 29, 2013, up to and including the date of the new motion hearing, |
| 17 | January 6, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and |
| 18 | (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local |
| 19 | Code E upon the filing of motions. I specifically find that the |
| 20 | ends of justice served by granting this continuance outweigh the |
| 21 | best interest of the public and defendants in a speedy trial |
| 22 | within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and |
| 23 | Local Code T-4. |
| 24 | Dated: October 30, 2013 |
| 25 | |
| 26 | WILLIAM B. SHUBB |
| | UNITED STATES DISTRICT JUDGE |